JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Savannah Pepka,<br><br>Plaintiff,<br><br>v.<br><br>Kohls Department Stores, Inc.<br><br>Defendant. | **Case No:** 2:16-CV-04293-MWF-FFM<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION**<br><br>**HON. MICHAEL W. FITZGERALD** |

Pursuant to the Parties' stipulation and for GOOD CAUSE shown, IT IS HEREBY ORDERED that Plaintiff's individual claims are dismissed with prejudice, and all putative class claims without prejudice, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: April 11, 2017

_____
HON. MICHAEL W. FITZGERALD